1

2

3

4

5

6

7

8                       United States District Court

9                       Eastern District of California

10

11

12   Eliezer Salgado Cuevas,

13            Petitioner,                No. Civ. S 05-1120 MCE PAN P

14       vs.                             Findings and Recommendations

15   Rosanne Campbell, Warden,

16            Respondent.

17                              -oOo-

18       The petition is a second or successive habeas petition

19   challenging the same conviction as that challenged in <u>Cuevas v.</u>

20   <u>Ayers</u>, No. Civ. S 98-1276 WBS JFM P.  Petitioner has not obtained

21   an order from the court of appeals authorizing this court to

22   consider the petition.  28 U.S.C. §§ 2244(b)(2) & (3).

23       Rule 4, Rules Governing Section 2254 Cases in the United

24   States District Courts, provides if it plainly appears from the

25   face of the petition that petitioner is not entitled to relief in

26   the district court, the judge shall make an order for its summary

1  dismissal.    The petition plainly reveals petitioner is not

2  entitled to relief.

3       Accordingly, this action should be dismissed.

4       Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these

5  findings and recommendations are submitted to the United States

6  District Judge assigned to this case.   Within 20 days after being

7  served with these findings and recommendations, petitioner may

8  file written objections.   The document should be captioned

9  "Objections to Magistrate Judge's Findings and Recommendations."

10  The district judge may accept, reject, or modify these findings

11  and recommendations in whole or in part.

12       Dated:   January 5, 2006.

13                              /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
14                             Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26